NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**NEAPOLEON JWAN FREEMAN, SR.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

———————————

2014-5023

———————————

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00327-EJD, Judge Edward J. Damich.

———————————

**ON MOTION**

———————————

PER CURIAM.

**O R D E R**

The court construes Neapoleon Jwan Freeman, Sr.'s April 21, 2014 letter as a motion for various relief, including the appointment of counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                        FREEMAN v. US

The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24